```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF VIRGINIA

                         Alexandria Division
```

| | |
|---|---|
| CATHERINE W. RICHARDSON, ) | |
|  ) | |
|     Plaintiff, ) | |
|  ) | |
|     v. ) | Civil Action 05-677 |
|  ) | |
| HOME DEPOT U.S.A., INC., ) | |
|  ) | |
|     Defendant. ) | |

### ORDER

This matter comes before the Court on Defendant's Motion to Dismiss Plaintiff's Claims for Punitive Damages and Injunctive Relief.  For the reasons stated from the bench, it is hereby

ORDERED that Defendant's Motion to Dismiss is GRANTED as to both punitive damages and injunctive relief.

```
                                              /s/

                                   _____
                                   CLAUDE M. HILTON
                                   UNITED STATES DISTRICT JUDGE
```

Alexandria, Virginia
July 11, 2005